# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**JUDGMENT RENDERED APRIL 3, 2025**

---

**NO. 03-24-00752-CV**

---

**Rickye Henderson, Appellant**

**v.**

**Kenneth Carter d/b/a Jack of All Trades, Appellee**

---

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the judgment signed by the trial court on October 28, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. No adjudication of costs is made.